ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 30 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent/Plaintiff, | ) | |
| vs. | ) | No. 3:02-CR-0108-H(12) |
| | ) | No. 3:05-CV-0375-H |
| MICHELE REVELLE REEVES, | ) | ECF |
| ID # 28467-177, | ) | |
| Movant/Defendant. | ) | |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclu-sions, and Recommendation of the United States Magistrate Judge, filed November 7, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** movant's request to amend her § 2255 motion by including a claim under *Shepard v. United States*, 544 U.S. 13 (2005). By separate judgment, the Court will formally dismiss movant's motion to vacate consistent with the Findings, Conclusions, and Recommendation entered in this case.

SIGNED this _30_ day of _Nov._, 2006.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT