IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:02-CR-108-N |
| MICHELE REVELLE REEVES (12) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
### FOR EARLY TERMINATION OF HER SUPERVISED RELEASE TERM

The Government is not opposed to defendant's motion for early termination of her supervised release term. On September 9, 2014, Michele Reeves filed a *Pro Se* motion asking the court to terminate her supervised release after serving 28 months of a 60-month term. In support, Ms. Reeves cited her good behavior and low risk of recidivism.

In response, on September 15, 2014, government counsel spoke to United States Probation Officer Christy Ogden in the Eastern District of Texas, Tyler Division, regarding Ms. Reeves's progress while on supervised release. Officer Ogden advised government counsel that Ms. Reeves is currently on low-risk supervision, that she has complied with her conditions of supervised release, and that Ms. Ogden is unopposed to Ms. Reeves's request for early termination. Ms. Ogden reported that Ms. Reeves has been drug-tested over 21 times, and that all drug tests have been negative for drug use. Ms. Reeves's has no outstanding fines or assessments and seems to have a stable job and home.

In light of the defendant's progress and compliance with her supervised release conditions, the government is unopposed to her request for early termination of her supervised release.

> Respectfully Submitted,
> SARAH R. SALDANA
> UNITED STATES ATTORNEY
>
> /s Suzanna O. Etessam
> _____
> SUZANNA O. ETESSAM
> Texas State Bar No. 17572420
> 1100 Commerce Street, Third Floor
> Dallas, Texas,  75242
> Tel:  214.659.8643
> Fax.: 214.659.8803
> Email: Suzanna.Etessam@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014, I electronically filed the foregoing document with the clerk for the United States District Court for the Northern District of Texas pursuant to its electronic filing system (ECF).  The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

> /S *Suzanna O. Etessam*
> SUZANNA O. ETESSAM
> Assistant United States Attorney