IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:02-CR-108-N |
| | § | |
| MICHELE REVELLE REEVES (12) | § | |

## ORDER

This Order addresses the Defendant's Motion to Terminate Defendant's Supervised Release Term filed September 9, 2014 and the Government's response filed September 15, 2014. The Court grants the motion. The defendant's term of supervised release is hereby terminated as of the date of this order.

Signed October 3, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE